FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| RONALD ROSS,<br><br>      Petitioner-Appellant,<br><br> v.<br><br>WILLIAMS, Warden; ATTORNEY GENERAL FOR THE STATE OF NEVADA,<br><br>      Respondents-Appellees. | No. 16-16533<br><br>D.C. No.<br>2:14-cv-01527-JCM-PAL<br>District of Nevada,<br>Las Vegas<br><br>**ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Miller and Bade did not participate in the deliberations or vote in this case.